USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-3-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| SHERRY JACOBSON ASSOCIATES, INC., | Civil Action No. 08-cv-7496 (DC/GWG) |
|---|---|
| Plaintiff, | |
| v. | |
| ANDREW KATZ, | |
| Defendant. | |

## STIPULATION AND ORDER EXTENDING TIME

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the parties herein, that defendant Andrew Katz having been served with the Summons and Complaint on or about August 4, 2008, the time within which defendant may move, answer or otherwise respond to plaintiffs' Complaint is hereby extended from September 2, 2008 to and including September 26, 2008.

BERKE-WEISS & PECHMAN LLP
Attorneys for Plaintiff

By: _____
Laurie Berke-Weiss, Esq. (LB3445)
488 Madison Avenue, 11th Floor
New York, NY 10022
Berke-weiss@bwp-law.com
Telephone: (212) 583-9500
Facsimile: (212) 308-8582

CONNELL FOLEY LLP
Attorneys for Defendant

By: _____
Peter J. Pizzi
888 7th Avenue, Suite 3400
New York, NY 10106
ppizzi@connellfoley.com
Telephone: (212) 262-2390
Facsimile: (212) 262-0050

Craig A. Newman, Esq.
Patricia C. O'Prey, Esq.
RICHARDS KIBBE & ORBE LLP
One World Financial Center
New York, NY 10281

SO ORDERED this 3d day of August, 2008

_____
Denise Cote, U.S.D.J.

1978225-01