```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
SHERRY JACOBSON ASSOCIATES, INC.,        :   08 CIV. 7496 (DLC)
                                         :
                    Plaintiff,           :        PRETRIAL
                                         :   SCHEDULING ORDER
          -v-                            :
                                         :
ANDREW KATZ,                             :
                                         :
                    Defendant.           :
                                         :
-----------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/09
```

DENISE COTE, District Judge:

   As set forth at the pretrial conference held on May 6, 2009, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1. The parties are instructed to contact the chambers of Magistrate Judge Gorenstein prior to **May 8, 2009** in order to pursue settlement discussions under his supervision.

2. The following motion will be served by the dates indicated below.

   Defendant's motion for summary judgment

   - Motion served by **July 3, 2009**
   - Opposition served by **July 24, 2009**
   - Reply served by **July 31, 2009**

   At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

Dated:   New York, New York
         May 6, 2009

                                    _____
                                         DENISE COTE
                                    United States District Judge